# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-16-00329-CV

**In re Daniel Alan Sliger**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

# M E M O R A N D U M   O P I N I O N

The pending petition for writ of mandamus is denied.[1]

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   July 1, 2016

---

[1] *See* Tex. R. App. P. 52.8(a).